ACCEPTED
03-14-00789-CR
4864232
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/13/2015 2:03:58 PM
JEFFREY D. KYLE
CLERK

# IN THE THIRD COURT OF APPEALS
## AT AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/13/2015 2:03:58 PM
JEFFREY D. KYLE
Clerk

| | | |
|---|---|---|
| **GEORGE HENRY WALKER,** | § | **CAUSE NO. 03-14-00789-CR** |
| **Appellant** | § | **TRIAL COURT NO. B 13-0883-SB** |
| | § | |
| | | **CAUSE NO. 03-14-00790-CR** |
| **V.** | § | **TRIAL COURT NO. B 14-0650-SA** |
| | § | |
| **THE STATE OF TEXAS,** | § | **CAUSE NO. 03-14-00791-CR** |
| **Appellee** | § | **TRIAL COURT NO. B 14-0994-SB** |

## MOTION TO WITHDRAW

### TO THE HONORABLE JUDGES OF SAID COURT:

**NOW COMES** Erika Copeland, PO Box 399, Cedar Park, Texas 78613, appellate attorney for George Henry Walker, and respectfully moves this Honorable Court to allow said attorney to withdraw as attorney of record in this matter, terminating his representation of the above referenced appellant and for good cause would respectfully show this Honorable Court as follows:

## I.

Contemporaneous with the filing of this Motion to Withdraw, counsel has filed an *Anders* brief. Withdrawal of counsel is necessary to permit Mr. Walker to file a *pro se* response brief, if he so desires.

## II.

### Pending Deadlines

Appellant's brief is due May 11, 2015.

## III.

### Documents Filed and Prepared for Defendant

Counsel has prepared a docketing statement and Appellant's Brief in these causes, and has filed same with this Court. Counsel previously prepared Appellant's Notices of Appeal, Requests for Reporter's Record and Designations of Clerk's Record.

## IV.

### Notice of Last Known Address of Defendant

Counsel has notified Appellant of the filing of this Motion to Withdraw and of the filing of this brief by mailing a copy of this Motion to Appellant's last known mailing address by regular, first class mail and by certified mail, return receipt requested, and addressed as follows:

> George Henry Walker
> TDCJ No. 01967140
> J. Middleton Transfer Facility
> 13055 FM 3522
> Abilene, Texas 79601

## V.

**WHEREFORE**, Movant prays this Honorable Court to allow Movant to withdraw from the representation of appellant and would, in all things, relieve

Movant herein, discharging Movant from her obligations and responsibilities to this appellant in this matter.

Respectfully submitted,

**COPELAND LAW FIRM**
P.O. Box 399
Cedar Park, TX  78613
Pho:  512.897.8126
Fax:  512.215.8114
Email:  ecopeland63@yahoo.com

/s/  Erika Copeland
Erika Copeland
State Bar No. 04801500
Attorney for Appellant

## CERTIFICATE OF SERVICE AND OF COMPLIANCE WITH RULE 9

This is to certify that on April 13, 2015, a true and correct copy of the above and foregoing document was served on George McCrea, District Attorney, Court Street Annex, 124 W. Beauregard, San Angelo, Texas and on George Henry Walker, TDCJ No. 01967140, J. Middleton Transfer Facility, 13055 FM 3522, Abilene, Texas 79601, in accordance with the *Texas Rules of Appellate Procedure*, and that Appellant's brief is in compliance with Rule 9 of the *Texas Rules of Appellate Procedure* and that portion which must be included under  Rule 9.4(i)(1) contains 451 words.

/s/ Erika Copeland
Erika Copeland

ACCEPTED
03-14-00789-CR
4864132
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/13/2015 2:01:15 PM
JEFFREY D. KYLE
CLERK

## CAUSE NOS. 03-14-00789-CR; 03-14-00790-CR;

## and 03-14-00791-CR

| | | |
|---|---|---|
| **George Henry Walker** | § | **IN THE COURT OF APPEALS** |
| **V.** | § | **THIRD JUDICIAL DISTRICT** |
| **THE STATE OF TEXAS** | § | **SITTING AT AUSTIN, TEXAS** |

## CERTIFICATE OF COUNSEL

In compliance with the requirements of ***Anders v. California***, 386 U.S. 378 (1967), I, Erika Copeland, court-appointed counsel for appellant, George Henry Walker, in the above-referenced appeals, do hereby verify, in writing, to the Court that I have, in each of the above-referenced causes:

1. notified appellant that I filed a motion to withdraw as counsel with an accompanying ***Anders*** brief, and provided a copy of each to appellant;

2. informed appellant of his right to file pro se responses identifying what he believes to be meritorious grounds to be raised in his appeals, should he so desire;

3. advised appellant of his right to review the appellate records, should he wish to do so, preparatory to filing those responses;

4. explained the process for obtaining the appellate records, provided a *Motion for Pro Se Access to the Appellate Record* lacking only appellant's signature and the date, and provided the mailing address for this Court; and

5. informed appellant of his right to seek discretionary review pro se should this Court declare his appeals frivolous.

Respectfully submitted,

/s/ Erika Copeland
Erika Copeland

Attorney for Appellant